UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL W. GRIMES,<br><br>           Plaintiff,<br><br>     v.<br><br>MEYERS, et al.,<br><br>           Defendants. | No.  2:15-cv-0530 MCE AC P<br><br><br>ORDER |

   Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. ECF No. 10.  Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff's request shall be honored.  However, plaintiff's request to dismiss the filing fee is denied.

   Accordingly, IT IS HEREBY ORDERED that plaintiff's request to dismiss the filing fee is denied and this case is dismissed without prejudice.

DATED: June 25, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE